IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01811-PAB-CBS

TANYA L. PAIGE,

    Plaintiff,

v.

SHAUN DONOVAN, Secretary, Department of Housing and Urban Development, UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER VACATING JUDGMENT AND REOPENING CASE**

---

On May 10, 2010 this Court entered the Order [Docket No. 67] Accepting Magistrate Judge's Recommendation, in which the court accepted the Recommendation of Magistrate Judge Craig B. Shaffer and granted defendant United States' Motion to Dismiss [Docket No. 29]. This Court further ordered that Plaintiff's claim for intentional infliction of emotional distress be dismissed. That order did not dispose of the remaining claims.

However, the clerk of the clerk entered a judgment in this case, terminating the entire civil action. The judgment was entered in error, as plaintiff's employment discrimination claims, filed under Title VII, remain pending. Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 60(a), the Judgment entered May 12, 2010 [Docket No. 69] is hereby VACATED, and this matter is reopened for further proceedings.

DATED May 18, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge