IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01811-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 8, 2010 | Courtroom Deputy: Linda Kahoe |

TANYA L. PAIGE,                                    *Pro se*

    Plaintiff,

    v.

SHAUN DONOVAN, *et al.,*                      William George Pharo

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 10:48 a.m.

Court calls case. Appearances of counsel. *Also present is Matt Mussetter from the Department of Housing and Urban Development.*

Discussion regarding Plaintiff's Motion for Leave of Court to Amend Complaint, doc #[52], filed 4/14/2010.

**ORDERED:**   The Motion for Leave of Court to Amend Complaint, doc #[52] is **DENIED AS MOOT**.

Discussion regarding Plaintiff's Motion for Leave of Court to Amend Complaint, doc #[62], filed 5/3/2010.

Ms. Paige states she will withdraw doc #[62].

**ORDERED:**   The Motion for Leave of Court to Amend Complaint, doc #[62] is **WITHDRAWN**. The related doc #[61] titled "Leave of Court" is also **WITHDRAWN.**

Discussion regarding Plaintiff's Motion to Compel Responses to Discovery and for Sanctions, doc #[58], filed 5/3/2010.

Mr. Pharo states he filed a Motion to Strike Plaintiff's Motion to Compel for non-compliance with Rule 7.1 and Rule 37.

The court refers to the Scheduling Order regarding the limit on the number of interrogatories.

The court refers to Rule 33, Rule 6(d), Rule 37(a) and Local Rule 7.1A.

The court explains "meet and confer" to Ms. Paige.

**ORDERED:** The Motion to Compel Responses to Discovery and for Sanctions, doc #[58] is **DENIED WITHOUT PREJUDICE** for failure to comply with the rules.

Discussion regarding Plaintiff's Motion for Leave of Court to Extend Scheduling Order Deadline for Amendment of Pleadings/Joinder of Parties, doc #[59], filed 5/3/2010.

**ORDERED:** The Motion for Leave of Court to Extend Scheduling Order Deadline for Amendment of Pleadings/Joinder of Parties, doc #[59] is **DENIED AS MOOT.**

Discussion regarding Defendant's Motion to Strike Plaintiff's Motion to Compel, doc #[68], filed 5/12/2010.

**ORDERED:** The Motion to Strike Plaintiff's Motion to Compel, doc #[68] is **MOOT BASED ON THE DENIAL OF DOC #[58] ABOVE.**

Discussion regarding Plaintiff's Motion for Leave of Court for More Request for Production of Documents, doc #[75], filed 5/27/2010.

Discussion regarding boxes of responsive documents for review. Mr. Pharo states he would charge Ms. Paige for copies and he cites Rule 34. Ms. Paige states she would provide copy paper.

The court suggests that the parties meet and confer, and figure out what disputes they can resolve with respect to the interrogatories already served, and with the first set of requests for production. The parties should contact chambers if they are unable to resolve these issues, and the court will set a hearing.

**ORDERED:** The Motion for Leave of Court for More Request for Production of Documents, doc #[75] is **DENIED WITHOUT PREJUDICE.**

Discussion regarding sanctions. The court explains "unopposed" motions to Ms. Paige.


HEARING CONCLUDED.

**Court in recess**: **11:38 a.m.**
Total time in court: 00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.