# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-01811-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 6, 2010 | **Courtroom Deputy:** Linda Kahoe |

TANYA L. PAIGE,  *Pro se*

    Plaintiff,

    v.

SHAUN DONOVAN, *et al.*,  William George Pharo

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:** 9:57 a.m.
Court calls case. Appearances of counsel.

The court explains the difference between the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Colorado.

Discussion regarding Motion for Leave of Court to Obtain Depositions by Written Questions, doc #[79], filed 6/16/2010. The court explains that depositions taken before an administrative agency are different from depositions taken in a case filed in the United States District Court.

**ORDERED**: Motion for Leave of Court to Obtain Depositions by Written Questions, doc #[79] is **DENIED**. Plaintiff does not need leave of court for the relief requested.

Discussion regarding Motion to Compel Responses to Discovery and for Sanctions, doc #[80], filed 6/16/2010. The court refers to Rule 37(a)(5). The court states that the parties failed to meet and confer pursuant to Local Rule 7.1A.

**ORDERED:** Motion to Compel Responses to Discovery and for Sanctions, doc #[80] is **DENIED**. The Plaintiff may either confer with defense counsel to narrow the requests, or Plaintiff may withdraw the written discovery requests and serve new requests.

**ORDERED:** Motion to Strike Plaintiff's Motion to Compel, doc #[82], filed 6/21/2010 **is DENIED.**

Discussion regarding fees for copying. Mr. Pharos states he is having the documents scanned and put on disks at no charge to Ms. Paige.

The court states that the parties' communications are breaking down and requests that the parties cooperate more with each other.

HEARING CONCLUDED.

**Court in recess:** **11:19 a.m.**
Total time in court: 01:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.