IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01811-PAB-CBS

TANYA L. PAIGE,
    Plaintiff,
v.

SHAUN DONOVAN, Secretary, United States Department of Housing and Urban Development,
    Defendant.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Defendant's "Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Supporting Brief" (filed December 10, 2010) (doc. # 101); and (2) Ms. Paige's "Motion for Leave of Court to File a Response to Defendant's Motion for Summary Judgment" (filed December 16, 2010) (doc. # 103).  Pursuant to the Order of Reference dated August 5, 2009 (doc. # 4) and the memoranda dated December 10, 2010 (doc. # 102) and December 17, 2010 (doc. # 105), these matters were referred to the Magistrate Judge.  The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Defendant's "Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Supporting Brief" (filed December 10, 2010) (doc. # 101) is GRANTED.

    2.    "Plaintiff's Opposition to Defendant's Motion for Summary Judg[ ]ment and Supporting Brief" (doc. # 99) is hereby STRICKEN.

    3.    Ms. Paige's "Motion for Leave of Court to File a Response to Defendant's Motion for Summary Judgment (filed December 16, 2010) (doc. # 103) is GRANTED.

    4.    Ms. Paige may *on or before January 3, 2011* file her response that conforms

to District Judge Brimmer's Practice Standards for Civil Cases. Attached to Ms. Paige's copy of this Order is a courtesy copy of District Judge Brimmer's Practice Standards for Civil Cases.

5. Defendant may file a Reply to the Motion for Summary Judgment on or before January 24, 2011.

DATED at Denver, Colorado, this 17th day of December, 2010.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge