# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

**Civil Action No.:  09-cv-01811-WJM-CBS**      **FTR** - Reporter Deck - Courtroom A402
**Date:  February 11, 2011**     **Courtroom Deputy:**   Nick Richards

TANYA L. PAIGE,     Jennifer C. Robinson

    Plaintiff,

        v.

SHAUN DONOVAN,     William George Pharo

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:       9:06 a.m.**
Court calls case.  Appearances of counsel.

Counsel review the proposed final pretrial order with the court.

**ORDERED:** Plaintiff will file a response brief to Defendant's Motion for Summary Judgment [Doc. No. 96, filed November 10, 2010] on or before March 31, 2011.  Defendant will file a reply to Plaintiff's response on or before April 29, 2011.

**ORDERED:** Final Pretrial Conference is re-set for May 24, 2011 at 9:15 a.m.  A Final Pretrial Order will be submitted five days prior to the May 24 Final Pretrial Conference.

**ORDERED:** Plaintiff's Motion and Notice of Motion for Continuance [Doc. No. 112, filed February 1, 2011] is DENIED as moot.

**ORDERED:** Plaintiff's Motion for Permission to File Sur-Reply [Doc. No. 113, filed February 1, 2011] is DENIED as moot.

HEARING CONCLUDED.
**Court in recess:       9:21 a.m.**
Total time in court:     00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.