IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 09-cv-01811-WJM-CBS** | **FTR - Reporter Deck-Courtroom A402** |
| **Date: May 31, 2011** | **Courtroom Deputy: Nick Richards** |

| *Parties:* | *Counsel:* |
|---|---|
| TANYA L. PAIGE, | Jennifer C. Robinson |
| Plaintiff, | |
| v. | |
| SHAUN DONOVAN, | William George Pharo |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 11:33 a.m.**

Court calls case. Appearances of counsel. *Present for plaintiff are Tanya L. Paige and Venus Robinson. Present for defense is Matt Mussetter from the Department of Housing and Urban Development.*

Discussion and arguments regarding Motion for Summary Judgment and Supporting Brief, Doc. #[96], filed November 10, 2010.

**ORDERED:** Motion for Summary Judgment Doc. #[96] is **TAKEN UNDER ADVISEMENT**. Plaintiff's counsel may submit a complete copy of Exhibit 18 to Plaintiff's Amended Response in Opposition to Defendant's Motion for Summary Judgment, Doc. #[122], filed March 30, 2011. Plaintiff's counsel will file the complete exhibit on or before June 1, 2011 at 5:00 p.m.

HEARING CONCLUDED.

**Court in recess**: **1:34 p.m.**
Total time in court: 02:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.